IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SATIRA STEWART                                                                                    PLAINTIFF

v.                                   Case No. 2:23-cv-2063

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY and COMPASS
GROUP, USA                                                                                     DEFENDANTS

### ORDER

Before the Court is a Joint Stipulation of Dismissal. ECF No. 14. The parties stipulate that all claims asserted in this matter should be dismissed with prejudice. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by Plaintiff and Defendants. Thus, all claims in this matter were effectively dismissed when the parties filed the instant stipulation. However, this order issues for purposes of maintaining the docket. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs.

**IT IS SO ORDERED**, this 7th day of September, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge